ACCEPTED
03-14-00198-CV
3880273
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:04:28 PM
JEFFREY D. KYLE
CLERK

# MK

**McKamie Krueger, LLP**

941 Proton
San Antonio, Texas
78258
210-546-2122
210-546-2130

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:04:28 PM
JEFFREY D. KYLE
Clerk

January 23, 2015

*Via Electronic Filing*

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   Court of Appeals Number:   03-14-00198-CV
       Trial Court Number:        C2007-0387B
       Style:                     City of New Braunfels, Texas

                                  v.

                                  Tourist Associated Businesses of Comal County; Union
                                  River LLC d/b/a Landa River Trips; Chuck's Tubes;
                                  Waterpark Management, Inc. Tri-City Distributors, LP;
                                  Stone Randall Williams; and W.W. GAF, Inc. d/b/a
                                  Rockin "R" River Rides

Dear Mr. Kyle:

I write to confirm my intention to argue the above-referenced case before this Court on behalf of Appellant City of New Braunfels, Texas on February 11, 2015 at 1:30 p.m., as stated in your notice dated January 21, 2015.

Respectfully submitted,

William M. McKamie
TBN 13686800
McKamie Krueger, LLP
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile
Mick@mckamiekrueger.com

cc:   Jim Ewbank            *Via Fax No. 512-476-0770*
      Jonathan H. Hull      *Via Fax No. 830-625-4433*

| **SAN ANTONIO** | **DALLAS** | **AUSTIN** |
|---|---|---|
| 941 Proton Rd. | 500 W. Lookout Drive | 1851 S. Lakeline Blvd. |
| San Antonio, Texas 78258 | Richardson, Texas 75080 | Suite 104, No. 315 |
| | | Cedar Park, Texas 78613 |
| P: (210) 546-2122  F: (210) 546-2130 | P: (214) 253-2600  F: (214) 253-2626 | P: (512) 653-8725  F: (855) 630-1197 |